IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                                    CRIMINAL NO. 1:22CR114-TBM-RPM

WALTON STEPHEN VAUGHAN

## MOTION TO SUBSTITUTE COUNSEL

NOW COMES Ellen M. Allred, on behalf of the Office of the Federal Public Defender, to respectfully request she be substituted as lead counsel in the above-styled and numbered cause, and that John W. Weber be withdrawn as counsel of record for the defendant, Walton Stephen Vaughan. John W. Weber has taken a position with a private law firm and is no longer employed with the Office of the Federal Public Defender.

WHEREFORE, we respectfully request that this motion be granted allowing Ellen M. Allred as substitute counsel of record for the defendant.

Respectfully submitted,

By:   Omodare B. Jupiter
      Federal Public Defender

      /s/Ellen M. Allred
      Ellen M. Allred, MB #99418
      Assistant Federal Public Defender
      Southern District of Mississippi
      2510 14th Street, Suite 902
      Gulfport, MS 39501
      Phone: (228) 865-1202
      Fax:   (228) 867-1907
      E-mail: ellen_allred@fd.org
      *Attorney for Defendant*

1

## **CERTIFICATE OF SERVICE**

    I, Ellen M. Allred, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

    This the 28th day of February 2023.

                                                                              */s/Ellen M. Allred*
                                                                              Ellen M. Allred
                                                                              *Assistant Federal Public Defender*